IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARRELLE NEAL, AS § <br> REPRESENTATIVE OF THE § <br> ESTATE OF TERRELLE HOUSTON § <br> § <br> V. § <br> § <br> THE CITY OF HEMPSTEAD, TEXAS § <br> DAVID HARTLEY, IN HIS OFFICIAL § <br> CAPACITY AS POLICE CHIEF WITH THE § <br> HEMPSTEAD POLICE DEPARTMENT § <br> AND BYRON FAUSSET, INDIVIDUALLY § <br> AND IN HIS OFFICIAL CAPACITY AS § <br> SERGEANT WITH THE CITY OF § <br> HEMPSTEAD POLICE DEPARTMENT § <br> § | CIVIL CASE NO. 4:12-cv-1733 |

## Final Judgment

On August 18, 2014, the trial of this case began. Plaintiff, Darrelle Neal as representative of the Estate of Terrelle Houston, appeared in person and through her attorneys and announced ready for trial. Defendant, Byron Fausset, appeared in person and through his attorneys and announced ready for trial. The court determined that it had jurisdiction over the subject matter and parties in this case and impaneled and swore in the jury, which heard the evidence and arguments of counsel. The court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the court received, filed, and entered of record.

Defendant has moved for entry of judgment on the verdict. The court considered the motion and finds it should be **GRANTED**. It is therefore;

**ORDERED** that plaintiff take nothing and that defendant recover his costs of court from plaintiff. It is further;

**ORDERED** that all other relief not granted in this judgment is **DENIED**. It is further;

**ORDERED** that this is a **FINAL JUDGMENT**.

Signed this 16 day of September, 2014.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE